David D. Brisco, Esq.
(SBN 238270)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiffs
AMCO Insurance Company and
IDS Property Casualty Company

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**12/04/2018** at 10:19:32 AM
Clerk of the Superior Court
By Maria Acevedo, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| AMCO INSURANCE COMPANY; IDS PROPERTY CASUALTY COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 37-2018-00061177-CU-PL-CTL<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiffs AMCO Insurance Company and IDS Property Casualty Company ("Plaintiffs") alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiffs are, and at all times herein mentioned were, corporations authorized to transact and conduct business in the States of California as insurance carriers.

2. At all times mentioned herein, Plaintiff AMCO's Insured, Eric Pemper ("AMCO's Insured"), was the owner of a single family residence located at 4516 Shorepointe Way, San Diego, CA 92130 ("Pemper Property").

3. At all times mentioned herein, Plaintiff IDS' Insureds, Laura and Phil Ohme ("IDS' Insureds"), were tenants in the Pemper Property and were also the owners of the 2014 BMW X5 at issue in this case, VIN 0H26370 ("Subject BMW").

---

COMPLAINT FOR DAMAGES

EXHIBIT B
10

4. Upon information and belief, Defendant, BMW of North America, LLC ("BMW"), is a corporation organized and existing under the laws of the State of Delaware, and is and was at all times mentioned herein qualified to do business in California. BMW's agent for service of process in California is CT Corporation, 818 West Seventh Street, Suite 930, Los Angeles, CA 90017.

5. The true names, involvement, or capacities, whether individual, corporate, governmental or associate, of the Defendants named herein as a DOE are unknown to Plaintiff who therefore sue said Defendants by such fictitious names. Plaintiff prays for leave to amend the Complaint to show said Defendants' true names, involvement and capacities when the same finally have been determined.

6. Plaintiff is informed and believes, and upon such information and belief alleges that each of the Defendants designated herein as DOES 1 through 10, inclusive, negligently or otherwise are legally responsible in some manner for the events and happenings herein referred to, and negligently or otherwise caused injury and damages to Intervenor as is herein alleged.

7. At all times herein mentioned, each and every Defendant herein was the agent, servant, employee, or partner of each of the other, and each was acting within the course and scope of his agency, service, and employment.

8. On or about October 19, 2017 a fire occurred at the Pemper Property, insured by Plaintiff AMCO (hereinafter "Fire").

9. The Fire was caused by a defect in the Subject BMW.

10. At all times herein mentioned, Plaintiff AMCO provided insurance coverage to AMCO's Insured, Erick Pemper, pursuant to the policies of insurance, by which AMCO insured against the loss and damages of the type sustained in this case.

11. At all times herein mentioned, Plaintiff IDS provided insurance coverage to IDS' insured, Laura and Phil Ohme, the tenants in the Pemper Property, for a portion of the damages sustained by its insureds in this matter.

12. Pursuant to said insurance policies, and a claim for benefits made thereunder, both Plaintiffs AMCO and IDS paid damages, and are paying damages, estimated to exceed the jurisdictional requirements of this Court, an amount that will be proven at trial.

13. Plaintiffs are subrogated to the rights of their insureds in this lawsuit for the amounts paid to Plaintiffs' insureds.

## FIRST CAUSE OF ACTION
### (Strict Products Liability)
### Against All Defendants and Does 1 Through 10

14. Plaintiffs reallege the allegations of Paragraphs 1 through 13, and incorporates them by reference herein.

15. Plaintiffs are informed and believe, and thereon allege, that Defendants, and each of them, manufactured, designed, warranted, assembled, distributed, marketed, advertised, supplied, sold, leased and/or otherwise placed the Subject BMW and/or its components within the stream of commerce for use by purchasers, including Plaintiff IDS' insured Laura and Phil Ohme.

16. The Subject BMW contained defects within its manufacture, design, and/or warnings at the time it left Defendants' control and at the time of the Fire, rendering the Subject BMW defective and unreasonably dangerous.

17. The Subject BMW was being used in a reasonably foreseeable manner at the time of the Fire.

18. As a direct and proximate result of the defective condition of the Subject BMW, a Fire occurred at Pemper Property resulting in damages to Plaintiffs' insureds, insured in part by Plaintiffs, in excess of the jurisdictional requirements of this Court.

## SECOND CAUSE OF ACTION
### (Negligence)
### Against All Defendants and Does 1 Through 10

19. Plaintiffs reallege the allegations of Paragraphs 1 through 18, and incorporates them by reference herein.

20. Defendants, and each of them, owed Plaintiffs, Plaintiffs' insureds, and members of the public, a duty to not design, manufacture, or supply a motor vehicle with a defect that renders it unreasonably dangerous.

21. Defendants, and each of them, beached the aforementioned duty when they negligently designed, manufactured, distributed, supplied, installed, inspected, repaired, leased

1  and/or otherwise provided the Subject BMW and/or its component parts within the stream of
2  commerce for use by Plaintiffs' insureds.

3      22.    As a direct and proximate result of said negligence, a Fire occurred at Pemper
4  Property resulting in damages in an amount in excess of the jurisdictional requirements of this Court.

6      WHEREFORE, Plaintiffs pray for judgment as follows:
7      1.    General damages according to proof;
8      2.    Special damages according to proof;
9      3.    Interest on the principal amount of its damages as permitted by law; and
10     4.    For such other and further relief as the Court may deem just.

DATED: December 4, 2018    COZEN O'CONNOR

By: _____
DAVID D. BRISCO
Attorneys for Plaintiffs,
AMCO Insurance Company
IDS Property Casualty Company

LEGAL\38809246\1 00000.0000.000/418941.000