# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO Insurance Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW of North America, LLC, et al., <br><br> Defendants. | Case No.: 19-cv-00024-H-JLB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** <br><br> [Doc. No. 47.] |

On January 10, 2020, Plaintiffs Amco Insurance Company and IDS Property Casualty Company (collectively, "Plaintiffs") and Defendants BMW of North America, LLC and Center Automotive, Inc. ("Defendants") (referenced together herein as "the Parties") have filed a joint motion to dismiss this entire action with prejudice. (Doc. No. 47.) The Parties have shown good cause for their request. Accordingly, the Court grants the Parties' joint motion and dismisses the case with prejudice. Each party shall bear their own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

DATED: January 17, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

19-cv-00024-H-JLB